UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOFI OBENG-AMPONSAH,<br><br>          Plaintiff,<br><br>    v.<br><br>RANDALL D. NAIMAN, et al.,<br><br>          Defendants. | Case No. CV 14-635-GHK (PJW)<br><br>ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the motions to dismiss, the records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge and adopts them as its own findings and conclusions.

IT IS THEREFORE ORDERED that Defendants' motions to dismiss the Complaint be granted and that the case be dismissed with prejudice.

DATED:    8/29/14   .

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE

C:\Temp\notesD30550\EDCV 14-635.ORD.wpd