1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         CENTRAL DISTRICT OF CALIFORNIA

10   KOFI OBENG-AMPONSAH,              )   Case No. CV 14-635 GHK(PJW)
                                       )
11                   Plaintiff,        )   J U D G M E N T
                                       )
12             v.                      )
                                       )
13   RANDALL D. NAIMAN et al.,         )
                                       )
14                   Defendants.       )
     _____)

15

16        Pursuant to the Order Accepting Report and Adopting Findings,

17   Conclusions and Recommendations of United States Magistrate Judge,

18        IT IS ADJUDGED that the action is dismissed with prejudice.

19

20        DATED:   __8/29/14__ .

21

22        _____

23        GEORGE H. KING
          UNITED STATES DISTRICT JUDGE

24

25

26

27

28   C:\Temp\notesD30550\EDCV 14-635.JUDGMENT.wpd